HANS C. STRICKER, Appellant, v. JACOB E. WALDORF, Respondent.— Order granting defendant's motion for a change of venue reversed on the law, with ten dollars costs and disbursements, on authority of *Bartrop* v. *Sobel Realty Co.* (214 App. Div. 799), and motion denied. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

WESTCHESTER MORTGAGE COMPANY, Appellant, v. GRAND RAPIDS AND IONIA RAILROAD COMPANY and Others, Defendants. JOHN M. PHELAN and Another, Individually and as Executors of JAMES J. PHELAN, Deceased, Respondents.— Orders denying plaintiff's motion for judgment against the defendants Phelan affirmed, with one bill of costs consisting of ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

BENN RIGEL LUMBER AND SUPPLY CORPORATION, Respondent, v. WALTER J. MUSSELMAN and Others, Appellants.— Motion to dismiss appeal granted, with ten dollars costs. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

LOUIS BERGER, Respondent, v. SARAH A. ANDERSON and Others, Appellants.— Motion to extend time to answer denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

LYMAN H. BEVANS, Appellant, v. CHARLES J. HERRICK and Others, Respondents.— Motion for stay denied. Present — Kelly, P. J. Rich, Manning, Young and Kapper, JJ.

FRANK BRANDENSTEIN, as Administrator, etc., of FRANCES BRANDENSTEIN, Deceased, Plaintiff, v. STANISLAUS KAWECKI, Defendant.— Motions for reargument or for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

JAMES B. CHRISTIE, Appellant, v. CERRO DE PASCO COPPER CORPORATION, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

RALPH H. CLYNNE, Respondent, v. SCHARF BROS. & SONS, INC., Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

EMPIRE TRUST COMPANY, Respondent, v. RUTH NOYES HEINZE and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

LULU BELLE HOUSMAN, Appellant, v. ELM PARK REALTY COMPANY and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.